**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
KADEN BYRON (SBN 333158)
*kbyron@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
***Counsel for Plaintiffs***

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE FLICK and LLOYD SONGER, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>REVLON CONSUMER PRODUCTS LLC,<br><br>Defendant. | Case No. 3:26-cv-03602-TWR-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Fed. R. Civ. P. 41]**<br><br>Judge: Hon. Todd W. Robinson |

*Flick et al. v. Revlon Consumer Products LLC*, No. 3:26-cv-03602-TWR-MSB
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Nicole Flick and Lloyd Songer hereby dismiss this action without prejudice to them or the putative class. No Defendant has served either an answer or motion for summary judgment.

Respectfully Submitted,

Dated: June 22, 2026

/s/ Melanie R. Monroe

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR M. FLYNN
*tflynn@fmfpc.com*
KADEN BYRON
*kbyron@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
DANIEL SACHS
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
***Counsel for Plaintiffs***

*Flick et al. v. Revlon Consumer Products LLC*, No. 3:26-cv-03602-TWR-MSB
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE